AAS/ANR
F.# 2022R00805

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against –

LU JIANWANG, et al.

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

No. 23-MJ-265 (JRC)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander A. Solomon, for an order unsealing the amended complaint and arrest warrants in the above-captioned matter;

WHEREFORE, it is ordered that the amended complaint and arrest warrants in the above-captioned matter be unsealed and filed on the public docket.

Dated:   Brooklyn, New York

       April 17          , 2023

                                       s/ James R. Cho
                                     HONORABLE JAMES R. CHO
                                     UNITED STATES MAGISTRATE JUDGE
                                     EASTERN DISTRICT OF NEW YORK